```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 23124
   TIJUANA DENISE JOHNSON BLUESTER
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-6791


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/10/2007 and was not confirmed.

     The case was dismissed without confirmation 02/04/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                               PAID         PAID
------------------------------------------------------------------------------
NEW SOUTH FEDERAL SAVING  CURRENT MORTG           .00           .00          .00
NEW SOUTH FEDERAL SAVING  MORTGAGE ARRE       2485.30           .00          .00
CREDIT ACCEPTANCE         SECURED VEHIC       7000.00           .00          .00
SPINA & LAVELLE           NOTICE ONLY        NOT FILED          .00          .00
ASSET ACCEPTANCE LLC      UNSECURED           3926.78           .00          .00
VISA                      UNSECURED          NOT FILED          .00          .00
STUDENT LOAN CORP         UNSECURED          NOT FILED          .00          .00
CENTRAL FINANCIAL CONTRO  UNSECURED            100.00           .00          .00
CENTRAL FINANCIAL CONTRO  UNSECURED             50.00           .00          .00
CENTRAL FINANCIAL CONTRO  UNSECURED           1000.00           .00          .00
CENTRAL FINANCIAL CONTRO  UNSECURED            100.00           .00          .00
ASSET ACCEPTANCE LLC      UNSECURED            897.40           .00          .00
JEFFERSON CAPITAL SYSTEM  UNSECURED            165.97           .00          .00
JEFFERSON CAPITAL SYSTEM  UNSECURED            232.01           .00          .00
PRO SE DEBTOR             DEBTOR ATTY            .00                         .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                       --------------      --------------
TOTALS                      .00                    .00



                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 23124 TIJUANA DENISE JOHNSON BLUESTER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 05/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```